UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:05CR248-02 |
|---|---|---|
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| (02) CLARENCE WILLIAM POWELL | ) | |
| | ) | |

FILED
STATESVILLE, N.C.
JUN 28 2006
U.S. DISTRICT COURT
W. DIST. OF NC

THIS MATTER is before the Court on the United States' Motion to Dismiss, filed June 26, 2006, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. This Court, having considered the United States' Motion, finds that said Motion was made in good faith and not clearly contrary to manifest public interest.

IT IS, THEREFORE, ORDERED that the United States' Motion to Dismiss is hereby GRANTED. The First Superseding Bill of Indictment and the Bill of Indictment are dismissed as to defendant CLARENCE WILLIAM POWELL without prejudice.

This the 26th day of June, 2006.

RICHARD L. VOORHEES
UNITED STATES DISTRICT COURT JUDGE